IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00860-WDM-KLM

HARLAN WALTER ASHCRAFT, III,,

    Plaintiff(s),

v.

JAMES L. BEICKLER,
TY P. MARTIN,
KURT HAMMEL,
BRIAN WEBB, and
BOARD OF COUNTY COMMISSIONERS OF FREMONT COUNTY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Plaintiff's **Unopposed Motion to Amend Complaint and Jury Demand** [Docket No. 14; filed August 2, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that this Motion is **GRANTED**. Plaintiff's First Amended Complaint shall be deemed filed as of the date of this Order. The Parties shall use the amended case caption in future pleadings filed with the Court.

Dated: September 26, 2007