IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00860-WDM-KLM

HARLAN WALTER ASHCRAFT, III,

    Plaintiff,

v.

JAMES L. BEICKER, et al.,

    Defendants.

---

### NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Kurt Hammel, Brian Webb, the individual capacity claims against Ty Martin and the first, third and fourth claims for relief. It is further ordered that the complaint is dismissed without prejudice as to the claims against the Board of County Commissioners of Fremont County. Each party shall pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 12, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL