IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00860-WDM-KLM


HARLAN  WALTER ASHCRAFT, III,,

     Plaintiff(s),

v.

JAMES L.  BEICKER,
TY P.  MARTIN,   and
BOARD OF COUNTY COMMISSIONERS OF FREMONT COUNTY,

     Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the Parties' **Stipulated Motion for Protective Order** [Docket No. 38; Filed November 2, 2007].

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

     IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.

     Dated:  November 5, 2007